DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7256
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN FUQUA,<br><br>    Defendant. | NOS. 19-MJ-71669-MAG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

The above captioned matter is currently set for a status conference before the Honorable Susan van Keulen on August 20, 2020 at 10:30 a.m. and a preliminary hearing on September 2, 2020. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kevin Fuqua that the status hearing scheduled for August 20, 2020 at 10:30 a.m. be vacated and that the preliminary hearing scheduled for September 2, 200 be reset for an Arraignment on Information and Waiver of Indictment.

//

//

//

//

1  The undersigned Assistant United States Attorney certifies that he has obtained approval from

2  counsel for the defendant to file this stipulation and proposed order.

3  IT IS SO STIPULATED.

4  DATED: 08/19/2020                                        /s/_____
                                                            MAYA KARWANDE
5                                                           Assistant United States Attorney

6
   DATED: 08/19/2020                                        /s/_____
7                                                           JOHN JORDAN
                                                            Counsel for Defendant Kevin Fuqua

STIPULATION AND [PROPOSED] ORDER
Case Nos. 19-MJ-71669-MAG                                                              v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the status hearing set on August 20, 2020 is vacated and that the preliminary hearing set for September 2, 2020 is converted to an Arraignment on the Information and Waiver of Indictment.

IT IS SO ORDERED.

DATED: August 20, 2020

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge